## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT COURT OF FLORIDA

AMERICA 2030 CAPITAL LIMITED

    (*Plaintiff*)

                                                Civil Action No.  23CV24772

MARK BRANTLEY, *et al,*
    (*Defendants*)

_____

### Service Status Report

    This service status report (the "Report") is being submitted in accordance with the Court's order for the Plaintiff to submit a status update regarding service every sixty (60) days. Thus, in accordance with the Court's order, Plaintiff hereby submits the following Report:

1. As was stated in the previous status report submitted on May 17, 2024, the Plaintiff has now properly served all Defendants and has filed the requisite proofs of service in the above captioned matter.

2. Given that service has now been completed, the Plaintiff intends to file a motion to reopen this case within the next thirty (30) days.

3. As such, Plaintiff anticipates that this will be the final status report.

Dated: July 16, 2024

                                                                */s/ Fred Freitag IV*
                                        Law Offices of Fred William Freitag IV
                                                Attorney for the Plaintiff
                                                      1041 Applejack Drive
                                                           Gibsonia, PA 15044
                                                       fwfreitagiv@gmail.com
                                                              724-213-0811